UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| UNITED STATES OF AMERICA, | CASE NO.: 21CR1310-WQH |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE MOTION HEARING TRIAL SETTING |
| BRIAN VOLMER, ET. AL., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing Trial Setting is GRANTED. (ECF No. 87). The April 7, 2022 at 9:00 a.m., Motion Hearing Trial Setting is hereby continued to June 16, 2022 at 9:00 a.m.

**IT IS FURTHER ORDERED** that time is excluded under 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: April 5, 2022

Hon. William Q. Hayes
United States District Court